NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRYL M. LEWIS,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2023-2307

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-15-0676-B-1.

---

## O R D E R

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                    LEWIS V. DEFENSE

accordance with the rules.

FOR THE COURT

December 20, 2023                          Jarrett B. Perlow
      Date                                   Clerk of Court

**ISSUED AS A MANDATE:** December 20, 2023